**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DAVID F. PETRANO,
MARY KATHERINE DAY-PETRANO,

    Plaintiffs,

v.                                                                                      CASE NO. 1:13-cv-00079-MP-GRJ

TREVOR RHODES, et al.,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Bankruptcy Judge's Report and Recommendation dated April 29, 2013. (Doc. 20 of the Bankruptcy docket sheet). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The bankruptcy judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     The reference of this adversary proceeding to the United States Bankruptcy Court for the Northern District of Florida is withdrawn pursuant to 28 U.S.C. § 157(d).

3.     On or before July 26, 2013, plaintiffs shall show cause why this case is not barred by *res judicata* and/or collateral estoppel based on the District Court's prior rulings in Case No. 1:12-cv-00086-SPM-GRJ.

**DONE AND ORDERED** this <u>9th</u> day of July, 2013

                                           *s/Maurice M. Paul*
                                           Maurice M. Paul, Senior District Judge